In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, to Acquire Real Estate in the County of Ulster for Ashokan Reservoir.

THE CITY OF NEW YORK, Appellant; JEROME H. BUCK, Respondent.

*Appeal — dismissed where question involved has become academic.*

*Matter of Board of Water Supply of City of New York*, 193 App. Div. 599, appeal dismissed.

(Submitted April 17, 1922; decided May 2, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 9, 1920, which reversed an order of Special Term, denying a motion to set aside and vacate the report of commissioners of appraisal in condemnation proceedings.

The following questions were certified: " 1. Under section 15, chapter 724 of the Laws of 1905, has a claimant the right to move for the rejection or confirmation of a report of commissioners of appraisal before the expiration of the ten days within which the corporation counsel of the city of New York shall move for the confirmation thereof, as provided by said section 15? 2. Can a claimant move for the rejection of a report of

commissioners of appraisal after the corporation counsel of the city of New York has, within the statutory time provided by section 15, noticed same for confirmation."

*John P. O'Brien, Corporation Counsel (William Harman Black* and *William H. Grogan* of counsel), for appellant.

No appearance for respondent.

Appeal dismissed, without costs, on ground that question sought to be argued has become academic; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.